Date signed April 06, 2011



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

IN RE:                                  :
                                        :
MARY ELIZABETH ROBINSON    :    Case No. 11-10531PM
                                        :    Chapter 7
          Debtor                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

### REQUEST FOR CLARIFICATION OF STATEMENTS
### FILED PURSUANT TO FED. RULE OF BANKRUPTCY PROC. 2016(b)

There are two Statements filed by the attorney for the Debtor pursuant to Fed. Rule of Bankruptcy Proc. 2016(b). The first (D.E. #3) states a total fee of $4,500.00 and an advance of $449.00, with compensation based on paragraph 4.B of Appendix F to the Local Rules of this court. That Statement also reflects receipt of a total of $2,949.00 from the Debtor as of January 10, 2011. A Supplemental Disclosure Statement (D.E. #30) reflects receipt of $1,500.00 from the Debtor.

The court understands from these filings that counsel has received $4,449.00 from the Debtor for services rendered and to be rendered in this case. Is this correct?

cc:
John D. Burns, Esq., 6303 Ivy Lane, Suite 102, Greenbelt, MD 20770
Mary E. Robinson, 13210 Hedge Row Court, Upper Marlboro, MD 20774
Roger Schlossberg, Trustee, 134 West Washington Street, P.O.B. 4227, Hagerstown MD 21741

**End of Memorandum**